# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RODERICK WELLS

NO. 2024 KW 0450

**JULY 29, 2024**

---

In Re:    Roderick Wells, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 11-12-0703.

---

**BEFORE:    CHUTZ, GREENE, AND STROMBERG, JJ.**

   **WRIT DENIED.** This court is limited in its review of lower court rulings or the failure of the lower court to act on a properly filed pleading. Any application filed in this court should indicate what relief has been sought in the lower court and the result of such filing, and should include a copy of any motions or pleadings filed in the lower court that are now at issue, a copy of the lower court's rulings, and a copy of all other pertinent documentation.

WRC
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT